UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COREY HAYES** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-0504** |
| **MARLIN GUSMAN, ORLEANS PARISH CRIMINAL SHERIFF** | **SECTION "N" (4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Corey Hayes's Title 42 U.S.C. § 1983 claims against the defendant, Orleans Parish Criminal Sheriff Marlin Gusman, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this __22nd__ day of _____June_____, 2006.

_____
UNITED STATES DISTRICT JUDGE